# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN WHITELOCK TELLAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2793

[April 2, 2026]

Appeal of order denying rule 3.850 motion from the County Court for the Nineteenth Judicial Circuit, Martin County; Darren Steele, Judge; L.T. Case No. 432022MM000550MMAXMX.

Jeffrey H. Garland of Law Office of Jeffrey H. Garland, P.A., Fort Pierce, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***